IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN THREATT, #186411,                )<br>                                                              )<br>         Plaintiff,                              )<br>                                                              )<br>    v.                                               )<br>                                                              )<br>ALABAMA DEPT. OF CORRECTIONS,  )<br>et al.,                                                )<br>                                                              )<br>         Defendants.                          ) | CIVIL ACTION NO. 2:12cv407-MEF |

# **ORDER**

On July 20, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 11). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that plaintiff's motion for voluntary dismissal of the complaint (Doc. # 10) is GRANTED and this case is DISMISSED without prejudice.

Done this the 16th day of August, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE